# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-7119**

**September Term, 2024**

**1:24-cv-02263-RDM**

**Filed On:** December 11, 2024

Ramin Ghayoori,

      Appellant

    v.

Sultanate of Oman,

      Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins, Pan, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's August 6, 2024 order dismissing appellant's complaint for lack of jurisdiction be affirmed. The district court correctly concluded that appellant failed to plead facts in his complaint that would support the application of any exception to the Foreign Sovereign Immunities Act. See 28 U.S.C. §§ 1605, 1605A. Appellant has not shown that the district court's sua sponte dismissal of his complaint for lack of jurisdiction prior to service of process on appellee was improper. See Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:      /s/
         Daniel J. Reidy
         Deputy Clerk